FEDERAL MUTUAL LIABILITY INSURANCE COMPANY v. ATLANTIC STEVEDORING COMPANY, INC. FEDERAL MUTUAL LIABILITY INSURANCE COMPANY v. ATLANTIC OPERATING COMPANY, INC.— Motion for leave to appeal to the Court of Appeals

or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.